Form fnldec (12/03)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland
Baltimore Division
101 West Lombard Street, Ste. 8303
Baltimore, MD 21201

**Case No.: 04−12658    Chapter: 7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Brian H. Potts
*debtor has no known aliases*
8104 Glen Arbor Drive
Baltimore, MD 21237

Social Security No.:  xxx−xx−6907

Employer's Tax I.D. No.:

Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above−named Debtor(s) on 2/4/04

## FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Monique D. Almy is discharged as trustee of the estate of the above−named debtor and the bond is cancelled; and the chapter 7 case of the above named debtor is closed.

Dated: 6/8/04

*E. Stephen Derby*
U.S. Bankruptcy Judge